UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARTIK KUMAR LNU, | Case No. 1:26-cv-1208-DC-JDP |
| Petitioner, | |
| v. | ORDER |
| TIMOTHY S. ROBBINS, *et al.*, | |
| Respondent, | |

On February 17, 2026, the court converted petitioner's motion for a temporary restraining order to a motion for a preliminary injunction and granted it. ECF No. 8. The court also referred the matter to me for further proceedings. *Id.*

Still pending is respondents' motion to dismiss, ECF No. 7.[1] Petitioner may file an opposition to respondents' motion within seven days. If petitioner files an opposition, respondents may file a reply within seven days. If petitioner does not file an opposition by this deadline, the matter will be deemed submitted.

---

[1] Respondents additionally seek an 180-day extension of time to file an answer or return. ECF No. 7. They argue that this delay will allow the government to present an informed brief based on this rapidly evolving area of law; they note that relevant cases are on appeal before the Court of Appeals. *Id.* I will deny respondents' request; it is unnecessary to delay issuing judgment here.

1

1  Accordingly, it is hereby ORDERED that petitioner may file an opposition to
2  respondents' motion within seven days.  If petitioner files an opposition, respondents may file a
3  reply within seven days.  If petitioner do not file an opposition by this deadline, the matter will be
4  deemed submitted.

IT IS SO ORDERED.

Dated:  February 26, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2